IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

"IN ADMIRALTY"

IN THE MATTER OF THE COMPLAINT
OF DANA B. SKAFF, as Owner of the
M/V FREEDOM III, a 2006 Sea Hunt          CASE No.: 3:17-cv-01037-TJC-MCR
Triton 22 with Hull ID Number
SXSH03821506, for Exoneration from
or Limitation of Liability,

        Petitioner.
_____/

## STIPULATION FOR COSTS

WHEREAS, a Complaint has been filed in this Honorable Court by DANA B. SKAFF (hereinafter "Petitioner") as Owner of that certain 2006 Sea Hunt Triton 22 with Hull ID Number SXSH03821506 (hereinafter the "Vessel"), praying for exoneration from or limitation of liability, pursuant to the provisions of 46 U.S.C.A. §30501 et seq., and all statutes amendatory thereof and supplementary thereof, for the reasons and causes set forth in the aforementioned Complaint; and said Petitioner and her surety, parties hereto, hereby consenting and agreeing that, in case of default or contumacy on the part of Petitioner or her surety, execution may issue against their goods, chattels, and lands, for the sum of TWO HUNDRED FIFTY AND NO/100 DOLLARS ($250.00).

NOW, THEREFORE, it is stipulated and agreed, for the benefit of whom it may concern, that Petitioner herein and the stipulator undersigned shall be and each of them is hereby bound in the sum of TWO HUNDRED FIFTY AND NO/100 DOLLARS ($250.00), conditioned that the Petitioner shall pay all costs and expenses which may be

awarded against her by the final decree of this Court, or upon appeal, by the Appellate Court, should an appeal intervene.

DATED: 9/5/17

By: _____
Eric C. Thiel – FBN 016267
BANKER LOPEZ GASSLER P.A.
501 E. Kennedy Boulevard
Suite 1700
Tampa, Florida 33602
Telephone: (813) 221-1500
Facsimile: (813) 222-3066
ethiel@bankerlopez.com
Attorneys for DANA B. SKAFF
(Principal)

DATED: 09/05/2017

By:

_____
Cindy Belski
State Farm Florida Insurance Company
(Surety)